11-3485407

Hearing Date: 05/04/06

Hearing Time: 9:00 AM

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re

                                                                 Chapter 13

        DEXTER MCKENZIE,

                                                                 Case No.05-34281- jf

                               Debtor.
-------------------------------------------------------------X

**NOTICE OF HEARING ON OBJECTION TO
ALLOWANCE OF THE DEPARTMENT OF THE NEW YORK DEPARTMENT OF
TAXATION AND FINANCE PROOF OF CLAIM NO. 6**

1.    **PLEASE TAKE NOTICE** that on the 5th day of April 2006, in the Chambers of the Honorable Jerome Feller, United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York,11201, Court Room 3554 or as soon thereafter as counsel may be heard, this Court will hear the Debtor's objection to the allowance of the New York Department of Taxation and Finance Proof of Claim No. 6 and granting such other and further relief as may be just and proper.

2.    **PLEASE TAKE FURTHER NOTICE** that objections, if any, must be made in writing, must state with particularity the grounds for the objections and must be filed with the Bankruptcy Court, together with proof of service thereof, and be served upon: (a) Law Offices of Stephen Kass, 225 Broadway, Ste. 711, New York, NY 10007; and (b) the Office of the United States Trustee, 33 Whitehall Street, 22nd Floor, New York, NY 10004, so that objections are received on or before April 25, 2006.

        **PLEASE TAKE FURTHER NOTICE** that if objections are not filed in the manner prescribed in this notice relief may be granted.

**PLEASE TAKE FURTHER NOTICE** that the Objection has been filed with the Clerk of the Bankruptcy Court and may be examined during normal business hours, or may be obtained by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of said adjournment in Court or by appropriate notation on the Court's calendar on the date scheduled for the hearing.

Dated: New York, New York
April 4, 2006

        LAW OFFICES OF STEPHEN B. KASS
        Attorneys for Debtor and Debtor in Possession


        By:  /s/ Stephen B. Kass
        Stephen B. Kass (sk7735)
        225 Broadway, Ste. 711
        New York, NY 10007
        (212) 843-0050
        (212) 571-0640 Fax
        skass@sbkass.com