**UNITED STATES BANKRUPTCY COURT:**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X            Case No. 05- 34281-jf

**IN RE:**

      DEXTER MCKENZIE

                                   **AMENDED CHAPTER 13 PLAN**
              **Debtor.**
----------------------------------------------------------X

1. The future earnings of the debtor are submitted to the supervision and control of the trustee and the debtor shall pay to the trustee for a total period of __60__ months, the sum of, plus all income tax refunds received:
   - __$1,389.00__ commencing November, 2005 through and including May, 2006 for a period of __7__ months;
   - $2,743.00 commencing June, 2006 through and including October, 2010 for a period of __53__ months;

2. From the payments so received, the trustee shall make disbursements as follows:
   (a) Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.
   (b) Holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:
   **Internal Revenue Service will be paid $63,000.00 per stipulation.**

   (c) Subsequent to distribution to secured creditors, dividends to **unsecured creditors** whose claims are duly allowed as follows: **PRO RATA distribution to all timely filed proofs of claim.**

3. The following executory contracts of the debtor are rejected:
       **NONE**

4. During the pendency of this case, the Debtor will provide the Chapter 13 Trustee with signed copies of Federal and State tax returns each year, no later than April 15 of the year following the tax period.

   Indicated tax refunds are to be paid to the Chapter 13 Trustee upon receipt, however, no later that June 15 of the year in which the tax returns are filed.

Title to the debtor(s) property shall revest in the debtor upon confirmation of a plan or until further order of this court. Throughout the term of this plan, the debtor(s) will not incur post-petition debt over $500.00 without first notifying the Chapter 13 trustee in writing.

Dated: June 13, 2006

                                                                     /s/Dexter McKenzie
                                                                     Dexter McKenzie, Debtor

/s/ Stephen B. Kass
Stephen B. Kass, Esq., Attorney for Debtor
Law Offices of Stephen B. Kass