11-3485407

Hearing Date: 09/13/06

Hearing Time: 10:00am

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
In re

                                                  Chapter 13

        DEXTER MCKENZIE,

                                                  Case No.05-34281- jf

                Debtor.
-------------------------------------------------------------X

**AMENDED NOTICE OF HEARING ON OBJECTION TO
ALLOWANCE OF THE SHARON'S MCKENZIE CLAIM # 16**

1.     **PLEASE TAKE NOTICE** that on the 13th day of September 2006, in the Chambers of the Honorable Jerome Feller, United States Bankruptcy Judge, United States Bankruptcy Court, 271 Cadman Plaza East, Brooklyn, New York, 11201, Court Room 3554 or as soon thereafter as counsel may be heard, this Court will hear the Debtor's objection to the allowance of the Sharon's McKenzie Proof of Claim # 16 granting such other and further relief as may be just and proper.

2.     **PLEASE TAKE FURTHER NOTICE** that objections, if any, must be made in writing, must state with particularity the grounds for the objections and must be filed with the Bankruptcy Court, together with proof of service thereof, and be served upon: (a) Law Offices of Stephen Kass, 225 Broadway, Ste. 711, New York, NY 10007; and (b) the Office of the Chapter 13 Trustee,100 Jericho Quadrangle, #208, Jericho, NY 11753 so that objections are received on or before September 6, 2006.

     **PLEASE TAKE FURTHER NOTICE** that if objections are not filed in the manner prescribed in this notice relief may be granted.

     **PLEASE TAKE FURTHER NOTICE** that the Objection has been filed with

the Clerk of the Bankruptcy Court and may be examined during normal business hours, or may be obtained by contacting the undersigned.

**PLEASE TAKE FURTHER NOTICE** that the hearing scheduled herein may be adjourned from time to time without further notice other than by announcement of said adjournment in Court or by appropriate notation on the Court's calendar on the date scheduled for the hearing.

Dated:  New York, New York
        August 7, 2006

>
> LAW OFFICES OF STEPHEN B. KASS
> Attorneys for Debtor and Debtor in Possession
>
>
> By: /s/ Stephen B. Kass
> Stephen B. Kass (sk7735)
> 225 Broadway, Ste. 711
> New York, NY 10007
> (212) 843-0050
> (212) 571-0640 Fax
> skass@sbkass.com