74-3159626

Law Offices of Stephen B. Kass
225 Broadway, Ste. 711
New York, New York 10007
(212) 843-0050
Stephen B. Kass (sk7735)
Alina Solodchikova (as9383)

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
**AT BROOKLYN**

---------------------------------------------------------X
In Re:

    **DEXTER MCKENZIE**　　　　　　　　　　CHAPTER 13

　　　　　　　　　　　　　　　　　　　　　　Case No. 05-34281 (JF)

                     Debtor.　　　ORDER DISALLOWING SHARON
----------------------------------------------------------X　MCKENZIE'S PROOF OF CLAIM
　　　　　　　　　　　　　　　　　　　　　　#16

       On the Motion of Dexter McKenzie, Debtor herein, dated August 7, 2006 for an Order Disallowing Sharon McKenzie's Claim #16 filed on May 23, 2006 and having been brought on by a Notice dated August 8, 2006; and

       The matter having been noticed for hearing on September 13, 2006 at 10:00 am and held thereto, no one appearing in opposition despite due notice of said motion,

       Now on motion of the Law Offices of Stephen B. Kass, attorneys for the Debtor, Dexter McKenzie, it is hereby

       ORDERED, that the application is granted and Proof of Claim #16 is disallowed.

Dated:  Brooklyn, New York
         September 20, 2006

                                         S/Jerome Feller
                                         HONORABLE JEROME FELLER
                                         UNITED STATES BANKRUPTCY JUDGE